THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| In re: | ) | Case No: 09-36792 (RLS) |
|---|---|---|
| | ) | |
| Mark R.K. & Theresa L. Hughes, | ) | Chapter 7 |
| | ) | |
| Debtors | ) | JUDGE RICHARD L. SPEER |

### AGREED ORDER OF DISMISSAL

This matter is before the Court upon the United States trustee's motion to dismiss the chapter 7 petition of Mark R.K. & Theresa L. Hughes.

On September 9, 2009, Mark R.K. & Theresa L. Hughes (the "Debtors") filed a voluntary petition for relief under chapter 13. On September 28, 2010, this Court entered an order confirming Debtors' chapter 13 plan. On May 9, 2012, Debtors filed a notice of voluntary conversion from a chapter 13 to a chapter 7 case, which this Court granted on May 15, 2012.

The United States trustee's filed his motion to dismiss pursuant to sections 707(b)(1), (b)(2) and (b)(3) of the Bankruptcy Code on July 24, 2012.

The Court has jurisdiction over the United States trustee's motion pursuant to 28 U.S.C. § 1334. This matter constitutes a core proceeding as that term is defined in 28 U.S.C. § 157(b).

After discussions between the United States trustee and Debtors' counsel, Debtors agrees to the dismissal of their case.

Accordingly,

**IT IS THEREFORE ORDERED** that the motion of the United States trustee is granted and Debtors' chapter 7 case is hereby dismissed without prejudice.

| | |
|---|---|
| AUG 2 1 2012 | /S/ RICHARD L. SPEER |
| DATE | RICHARD L. SPEER<br>UNITED STATES BANKRUPTCY JUDGE |

**Submitted by:**

/s/Derrick V. Rippy  
Derrick V. Rippy (0044069)  
Trial Attorney  
U.S. Department of Justice  
Office of the U.S. Trustee  
H.M. Metzenbaum U.S. Courthouse  
201 Superior Avenue, 441  
Cleveland, Ohio 44114  
(216) 522-7800 x.232  
(216) 522-7193 (Facsimile)  
Derrick.V.Rippy@usdoj.gov

/s/William J. Balena  
William J. Balena (0019641)  
Attorney for Debtors  
511 Broad Street  
Elyria, Ohio 44035  
(440) 365-2000  
(440) 323-0260 (Facsimile)  
bbalena@me.com

## Certificate of Service

A copy of the foregoing *"Agreed Order of Dismissal"* was served upon the following parties:

**Derrick V. Rippy**
U.S. Department of Justice
Office of the U.S. Trustee
H.M. Metzenbaum U.S. Courthouse
201 Superior Avenue, 441
Cleveland, Ohio 44114


**William J Balena**
511 Broad Street
Elyria, OH 44035


**Mark R. K. Hughes**
5850 Rounding River Ln.
Toledo, OH 43611